In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-300 CR


____________________



THOMAS FREEMAN, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. 22,678






MEMORANDUM OPINION



 A jury found Thomas Freeman, Jr., guilty of aggravated assault. Tex. Pen. Code
Ann. § 22.02(a)(2) (Vernon 2003). After finding the defendant to be an habitual offender,
the trial court assessed punishment at twenty-five years of confinement in the Texas
Department of Criminal Justice, Institutional Division. 

 Appellate counsel filed a brief that concludes no arguable error is presented in this
appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967);
High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On January 23, 2003, Freeman
was given an extension of time in which to file a pro se brief. We received no response
from the appellant. Because the appeal involves the application of well-settled principles
of law, we deliver this memorandum opinion. See Tex. R. App. P. 47.4.

 We have reviewed the clerk's record and the reporter's record, and find no arguable
error requiring us to order appointment of new counsel. Compare Stafford v. State, 813
S.W.2d 503, 511 (Tex. Crim. App. 1991). The judgment is affirmed.

 AFFIRMED.

 PER CURIAM

Submitted on April 28, 2003

Opinion Delivered May 7, 2003

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.